FILED:  October 21, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2070
(1:13-cv-00039-JKB)

_____

STANLEY M. GRABILL, JR.

　　　　　Plaintiff - Appellant

v.

CORIZON, INC., f/k/a Correctional Medical Services, Inc.

　　　　　Defendant - Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to hold this case in abeyance, the court denies the motion.

For the Court

/s/ Patricia S. Connor, Clerk